UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CIVIL MINUTES - GENERAL | | JS-6 |
|---|---|---|---|
| Case No. | ED CV12-1200-CAS (SPx) | Date | October 9, 2012 |
| Title | REMEDY INC., ET AL. V. CITY OF RANCHO MIRAGE, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not present | Not Present |

**Proceedings:**      (In Chambers:) ORDER REMANDING CASE TO RIVERSIDE COUNTY SUPERIOR COURT

On July 16, 2012, defendants removed this suit to this Court, purportedly pursuant to 28 U.S.C. § 1441(a). Dkt. No. 1. On September 17, 2012, the Court issued an order to show cause why the instant case should not be remanded for lack of subject matter jurisdiction to the Riverside County Superior Court. Dkt. No. 13.

On October 5, 2012, defendants filed a notice of non-opposition to this Court's order. Dkt. No. 17. Accordingly, this case is hereby REMANDED to the Riverside County Superior Court.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |